UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The JAY PETER KAUFMAN REVOCABLE TRUST, On behalf of Itself and All Others Similarly Situated,

    Plaintiff,

vs.

NEW CENTURY FINANCIAL CORPORATION, BRAD A. MORRICE, ROBERT K. COLE, MARYLIN A. ALEXANDER, HAROLD A. BLACK, FREDRIC J. FORSTER, EDWARD F. GOTSCHALL, DONALD E. LANGE, MICHAEL M. SACHS, RICHARD A. ZONA, PATTI M. DODGE, WILLIAM J. POPEJOY, BEAR STEARNS & CO., INC., STIFEL NICOLAUS & COMPANY, INCORPORATED, DEUTSCHE BANC SECURITIES, INC., JMP SECURITIES LLC, PIPER JAFFRAY & COMPANY, and ROTH CAPITAL PARTNERS LLC,

    Defendants.

Civ. No. 07 CV 2902



JUDGE STEIN

## DECLARATION OF PETER SAFIRSTEIN

I, Peter Safirstein, under penalties of perjury, hereby declare:

1. I am a partner of Milberg Weiss & Bershad LLP ("Milberg Weiss"). I submit this declaration in support of the motion of the Jay Peter Kaufman Revocable Trust ("Movant") for Appointment As Lead Plaintiff And Approval Of Selection Of Lead Counsel.

2. Attached hereto as Exhibit A is a true and correct copy of the PSLRA certification Movant.

3. Attached hereto as Exhibit B is a chart analyzing Movant's financial interest in this litigation.

4. Attached hereto as Exhibit C is the firm résumé of Milberg Weiss.

5. Attached hereto as Exhibit D is an addendum to Movant's PSLRA certifications indicating that Mr. Kaufman intended to sign as trustee and not in his individual capacity.

6. Attached hereto as Exhibit E is a press release issued by Kahn Gauthier Swick on April 5, 2007.

7. Attached hereto as Exhibit F is a press release issued by Roy Jacobs & Associates on February 9, 2007.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of April, 2007 at New York, New York.

_____
PETER SAFIRSTEIN (PS-6176)