# EXHIBIT B

**New Century Financial (Preferred Series A 9.125%)**

Class Period: 6/15/05-2/7/07
Hold price: $7.6500

| PLAINTIFF | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1) | | | | SHARES HELD | ESTIMATED VALUE (1) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | | | |
| Jay Peter Kaufman TTEE Jay Peter Kaufman Revocable Trust | 08/07/06 | 2,000 | 24.6500 | 49,300.00 | | | | | | | (34,000.00) |
| | 08/07/06 | 5,000 | 24.6500 | 123,250.00 | | | | | | | (85,000.00) |
| | 08/07/06 | 8,000 | 24.6900 | 197,520.00 | | | | | | | (136,320.00) |
| | 08/07/06 | 15,000 | 24.6000 | 369,000.00 | | | | | | | (254,250.00) |
| Jay Peter Kaufman TTEE Jay Peter Kaufman Revocable Trust Total | | 30,000 | | 739,070.00 | | | | | 30,000 | 229,500.00 | (509,570.00) |

(1) Shares held through the date of this filing have been valued using the price of $7.6500 per share, the closing price on April 9, 2007.