(JTLx), DISCOVERY

# U.S. District Court
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:07-cv-00931-DDP-JTL

| | |
|---|---|
| Avi Gold v. Brad A Morrice et al | Date Filed: 02/08/2007 |
| Assigned to: Judge Dean D. Pregerson | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Jennifer T. Lum | Nature of Suit: 850 Securities/Commodities |
| Lead case: 2:07-cv-00931-DDP-JTL   (View Member Cases) | Jurisdiction: Federal Question |
| Cause: 28:1331 Fed. Question: Securities Violation | |

**Plaintiff**

**Avi Gold**
*individually and on behalf of all others similarly situated*

represented by **Laurence D Paskowitz**
Paskowitz and Associates
60 East 42nd Street, 46th Floor
New York, NY 10016
212-685-0969
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lionel Z Glancy**
Glancy Binkow and Goldberg
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
310-201-9150
Email: info@glancylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael M Goldberg**
Glancy Binkow and Goldberg
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
310-201-9150
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy Kaboolian**
Abbey Gardy
212 E 39th St
New York, NY 10016
212-889-3700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter A Binkow**
Glancy Binkow and Goldberg
1801 Avenue of the Stars, Ste 311
Los Angeles, CA 90067
310-201-9150
Email: pbinkow@glancylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

|  |  |  |
|---|---|---|
|  |  | **Roy L Jacobs**<br>Roy Jacobs and Associates<br>60 East 42nd Street<br>46th Floor<br>New York, NY 10165<br>212-685-0969<br>Email: rljacobs@pipeline.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| V. |  |  |
| **Movant** |  |  |
| **Eden-Zoghby Group** | represented by | **Frederic S Fox**<br>Kaplan Fox & Kilsheimer<br>805 Third Avenue, 22nd Floor<br>New York, NY 10022<br>212-687-1980<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Jeffrey P Campisi**<br>Kaplan Fox and Kilsheimer<br>805 Third Avenue<br>New York, NY 10022<br>US<br>212-687-1980<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Joel B Strauss**<br>Kaplan Fox and Kilsheimer<br>805 Third Avenue, 22nd Floor<br>New York, NY 10022<br>US<br>212-687-1980<br>Email: jstrauss@kaplanfox.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Karen Hanson Riebel**<br>Lockridge Grindal Nauen<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401-2159<br>612-339-6900<br>Email: khriebel@locklaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Laurence D King**<br>Kaplan Fox and Kilsheimer<br>555 Montgomery Street, Suite 1501<br>San Francisco, CA 94111<br>415-772-4700 |

Email: lking@kaplanfox.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lori S Brody**
Kaplan Fox and Kilsheimer
1801 Century Park East, Suite 1460
Los Angeles, CA 90067
310-785-0800
Email: lbrody@kaplanfox.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A Lockridge**
Lockridge Grindal Nauen
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401-2159
612-339-6900
Fax: 612-339-0981
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

| | | |
|---|---|---|
| **New York State Teachers' Retirement System** | represented by | **Blair A Nicholas**<br>Bernstein Litowitz Berger & Grossmann<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>858-793-0070<br>Fax: 858-793-0323<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Gerald H Silk**
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019
US
212-554-1400
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew P Siben**
Bernstein Litowitz Berger & Grossmann
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
US
858-793-0070
Email: matthews@blbglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Max W Berger**
Bernstein Litowitz Berger & Grossman
1285 Avenue of the Americas, 33rd Floor
New York, NY 10019
212-554-1400

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noam Mandel**
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019
US
212-554-1400
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Salvatore J Graziano**
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019
US
212-554-1400
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Stuart Wollman**  represented by  **Betsy C Manifold**
Wolf Haldenstein Adler Freeman & Herz
750 B Street, Suite 2770
San Diego, CA 92101
619-239-4599
Fax: 619-234-4599
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Francis M Gregorek**
Wolf Haldenstein Adler Freeman & Herz
750 B Street, Suite 2770
San Diego, CA 92101
619-239-4599
Fax: 619-234-4599
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa C Livesay**
Wolf Haldenstein Adler Freeman & Herz LLP
750 B Street, Suite 2770
San Diego, CA 92101
619-230-4599
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachele R Rickert**
Wolf Haldenstein Adler Freeman & Herz
750 B Street, Suite 2770
San Diego, CA 92101
619-239-4599
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

| | | |
|---|---|---|
| **Joe Verne** | represented by | **Alan Berg** <br> Alan Berg Law Offices <br> 15165 Ventura Boulevard, Suite 400 <br> Sherman Oaks, CA 91403 <br> US <br> 818-788-8300 <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Douglas M Risen** <br> Berger & Montague <br> 1622 Locust Street <br> Philadelphia, PA 19103-6365 <br> 215-875-3000 <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Sherrie R Savett** <br> Berger & Montague <br> 1622 Locust Street <br> Philadelphia, PA 19103-6365 <br> 215-875-3000 <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **Anima S.G.R.p.A** | represented by | **Christopher Kim** <br> Lim Ruger & Kim <br> 1055 West Seventh Street, Suite 2800 <br> Los Angeles, CA 90017 <br> 213-955-9500 <br> Email: christopher.kim@lrklawyers.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Darren J Check** <br> Schiffrin Barroway Topaz and Kessler <br> 280 King of Prussia Road <br> Radnor, PA 19087 <br> 610-667-7706 <br> Email: dcheck@sbclasslaw.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Geoffrey C Jarvis** <br> Grant & Eisenhofer P.A. <br> 1201 North Market Street, Suite 2100 <br> Wilmington, DE 19801 <br> US <br> 302-622-7000 <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Jay W Eisenhofer** |

Grant & Eisenhofer
45 Rockefeller Center
630 Fifth Avenue
New York, NY 10111
646-722-8500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa J Yang**
Lim Ruger & Kim
1055 West Seventh Street, Suite 2800
Los Angeles, CA 90017
213-955-9500
Email: lisa.yang@lrklawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Naumon A Amjed**
Grant & Eisenhofer P.A.
1201 North Market Street, Suite 2100
Wilmington, DE 19801
US
302-622-7000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicolette Tropiano**
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
US
610-667-7706
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard S Schiffrin**
Schiffrin Barroway Topaz and Kessler
280 King of Prussia Road
Radnor, PA 19087
610-667-7706
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean M Handler**
Schiffrin Barroway Topaz and Kessler
280 King of Prussia Road
Radnor, PA 19087
610-667-7706
Email: shandler@sbclasslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sharan Nirmul**
Grant & Eisenhofer P.A.
1201 North Market Street, Suite 2100
Wilmington, DE 19801

US
302-622-7000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart L Berman**
Schiffrin Barroway Topaz and Kessler
280 King of Prussia Road
Radnor, PA 19087
610-667-7706
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

| | | |
|---|---|---|
| **Metzler Asset Management GmbH** | represented by | **Alexander Reus**<br>Diaz Reus Rolff & Targ LLP<br>2600 Bank of America Tower<br>100 SE Second Street<br>Miami, FL 33131<br>US<br>305-375-9920<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Christopher Kim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Darren J Check**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Geoffrey C Jarvis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay W Eisenhofer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa J Yang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Naumon A Amjed**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicolette Tropiano**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard S Schiffrin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean M Handler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sharan Nirmul**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart L Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Paul R Aronson** represented by **Brian Phillip Murray**
Murray Frank and Sailer
275 Madison Avenue, Suite 801
New York, NY 10016
212-682-1818
Email: bmurray@rabinlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Darren J Robbins**
Lerach Coughlin Stoia Geller Rudman and Robbins
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
619-231-1058
Email: denisey@lerachlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J Rice**
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
US
619-231-1058
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ramzi Abadou**
Lerach Coughlin Stoia Geller Rudman and Robbins

655 West Broadway, Suite 1900
San Diego, CA 92101-3301
619-231-1058
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan G Taylor**
Lerach Coughlin Stoia Gellar Rudman &
Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
619-231-1058
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Laborers Pension Trust Fund for Northern California**    represented by    **Brian Phillip Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Darren J Robbins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J Rice**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ramzi Abadou**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan G Taylor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Jack Roth**    represented by    **Brian Phillip Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Darren J Robbins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J Rice**
(See above for address)
*LEAD ATTORNEY*

                                      *ATTORNEY TO BE NOTICED*

                                      **Ramzi Abadou**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

                                      **Susan G Taylor**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Brad A Morrice** | represented by | **Koji F Fukumura**<br>Cooley Godward Kronish<br>4401 Eastgate Mall<br>San Diego, CA 92121-1909<br>858-550-6000<br>Email: kfukumura@cooley.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Philip C Tencer**<br>Cooley Godward Kronish<br>4401 Eastgate Mall<br>San Diego, CA 92121-1909<br>858-550-6000<br>Email: ptencer@cooley.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Taj S Bindra** | represented by | **Koji F Fukumura**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Philip C Tencer**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Robert K Cole**

**Defendant**

| | | |
|---|---|---|
| **Patti M Dodge** | represented by | **Koji F Fukumura**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Philip C Tencer**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**New Century Financial Corporation**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/08/2007 | 1 | COMPLAINT against defendants Patti M Dodge, New Century Financial Corporation, Brad A Morrice, Taj S Bindra, Robert K Cole.(Filing fee $ 350 Paid) Jury Demanded. , filed by plaintiff Avi Gold.(rrey, ) (Entered: 02/13/2007) |
| 02/08/2007 | 2 | NOTICE of Interested Parties filed by Plaintiff Avi Gold. (rrey, ) (Entered: 02/13/2007) |
| 02/08/2007 | | 20 Day Summons Issued re Complaint - (Discovery)[1] as to Patti M Dodge, New Century Financial Corporation, Brad A Morrice, Taj S Bindra, Robert K Cole. (rrey, ) (Entered: 02/13/2007) |
| 02/08/2007 | | FAX number for Attorney Peter A Binkow, Lionel Z Glancy, Michael M Goldberg is 310-201-9160. (rrey, ) (Entered: 02/13/2007) |
| 02/08/2007 | | FAX number for Attorney Nancy Kaboolian is 212-684-5191. (rrey, ) (Entered: 02/13/2007) |
| 02/08/2007 | | FAX number for Attorney Roy L Jacobs, Laurence D Paskowitz is 212-685-2306. (rrey, ) (Entered: 02/13/2007) |
| 02/20/2007 | 3 | NOTICE of Related Case(s) filed by Defendants Patti M Dodge, New Century Financial Corporation, Brad A Morrice, Taj S Bindra, Robert K Cole. Related Case(s): SACV 07-0162 DOC (ANx) (rn, ) (Entered: 02/26/2007) |
| 04/02/2007 | 4 | NOTICE of Appearance filed by attorney Philip C Tencer, Koji F Fukumura on behalf of Defendants Patti M Dodge, Brad A Morrice, Taj S Bindra. (pbap, ) (Entered: 04/06/2007) |
| 04/02/2007 | | FAX number for Attorney Koji F Fukumura, Philip C Tencer is 858-550-6420. (pbap, ) (Entered: 04/06/2007) |
| 04/06/2007 | 5 | NOTICE OF BANKRUPTCY of Defendant New Century Financial Corporation and Stay of Proceedings, U.S. Bankruptcy Court for the District of Delaware, Case No. 07-10416 (KJC) filed by Defendants Brad A. Morrice, Taj S. Bindra and Patti M. Dodge. (gk, ) (Entered: 04/10/2007) |
| 04/10/2007 | 6 | NOTICE OF MOTION AND MOTION to: (1) Consolidate the Related Cases; (2) Appoint the Eden-Zoghby Group as Lead Plaintiff; and (3) Approve Lead Plaintiff Movant's Choice of Co-Lead Counsel filed by Lead Plaintiff Movant The Eden-Zoghby Group. Motion set for hearing on 5/7/2007 at 10:00 AM before Judge Dean D. Pregerson. Lodged Proposed Order. (gk, ) (Entered: 04/12/2007) |
| 04/10/2007 | 7 | MEMORANDUM of Points and Authorities in Support of Motion to: (1) Consolidate the Related Cases; (2) Appoint the Eden-Zoghby Group as Lead Plaintiff; and (3) Approve Lead Plaintiff Movant's Choice of Co-Lead Counsel [6] filed by Lead Plaintiff Movant The Eden-Zoghby Group. (gk, ) (Entered: 04/12/2007) |
| 04/10/2007 | 8 | DECLARATION of Lori S. Brody in Support of Motion to: (1) Consolidate the Related Cases; (2) Appoint the Eden-Zoghby Group as Lead Plaintiff; and (3) Approve Lead Plaintiff Movant's Choice of Co-Lead Counsel [6] filed by Lead Plaintiff Movant The Eden-Zoghby Group. (gk, ) (Entered: 04/12/2007) |

| | | |
|---|---|---|
| 04/10/2007 | 9 | CERTIFICATION of Interested Parties filed by Lead Plaintiff Movant The Eden-Zoghby Group. (gk, ) (Entered: 04/12/2007) |
| 04/10/2007 | 10 | PROOF OF SERVICE filed by Lead Plaintiff Movant The Eden-Zoghby Group of Notice of Motion and Motion to: (1) Consolidate the Related Cases; (2) Appoint the Eden-Zoghby Group as Lead Plaintiff; and (3) Approve Lead Plaintiff Movant's Choice of Co-Lead Counsel [6], Memorandum of Points and Authorities in Support of Motion [7], Declaration of Lori S. Brody [8], Proposed Order, and Certification of Interested Parties [9], served on 4/10/2007. (gk, ) (Entered: 04/12/2007) |
| 04/10/2007 | | FAX number for Attorney Lori S Brody is 310-785-0897. (gk, ) (Entered: 04/12/2007) |
| 04/10/2007 | | FAX number for Attorney Laurence D King is 415-772-4707. (gk, ) (Entered: 04/12/2007) |
| 04/10/2007 | | FAX number for Attorney Karen Hanson Riebel is 612-339-0981. (gk, ) (Entered: 04/12/2007) |
| 04/10/2007 | | FAX number for Attorney Jeffrey P Campisi, Frederic S Fox, Joel B Strauss is 212-687-7714. (gk, ) (Entered: 04/12/2007) |
| 04/10/2007 | 11 | NOTICE OF MOTION for Preliminary Injunction filed by Movant New York State Teachers' Retirement System. Motion set for hearing on 5/7/2007 at 10:00 AM before Judge Dean D. Pregerson. Lodged Proposed Order. (gk, ) Modified on 4/12/2007 (gk, ). (Entered: 04/12/2007) |
| 04/10/2007 | 12 | MEMORANDUM of Law in Support of Motion for Preliminary Injunction [11] filed by Movant New York State Teachers' Retirement System. (gk, ) (Entered: 04/12/2007) |
| 04/10/2007 | 13 | DECLARATION of Blair A. Nichols in Support of Motion for Preliminary Injunction [11] filed by Movant New York State Teachers' Retirement System. (gk, ) (Entered: 04/12/2007) |
| 04/10/2007 | 14 | DECLARATION OF SERVICE filed by Movant New York State Teachers' Retirement System Notice of Motion for Preliminary Injunction [11], Memorandum of Law in Support of Motion [12], Declaration of Blair A. Nicholas [13], served on 4/10/2007. (gk, ) (Entered: 04/12/2007) |
| 04/10/2007 | 15 | NOTICE of Interested Parties filed by Movant New York State Teachers' Retirement System. (gk, ) (Entered: 04/12/2007) |
| 04/10/2007 | 16 | DECLARATION OF SERVICE filed by Movant New York State Teachers' Retirement System of Notice of Interested Parties [15], served on 4/10/2007. (gk, ) (Entered: 04/12/2007) |
| 04/10/2007 | | FAX number for Attorney Matthew P Siben is 858-793-0323. (gk, ) (Entered: 04/12/2007) |
| 04/10/2007 | | FAX number for Attorney Max W Berger, Salvatore J Graziano, Noam Mandel, Gerald H Silk is 212-554-1444. (gk, ) (Entered: 04/12/2007) |
| 04/10/2007 | 17 | NOTICE OF MOTION for Appointment as Lead Plaintiff, Approval of Its Selection of Counsel as Lead Counsel, and Consolidation of All Related Cases filed by Movant New York State Teachers' Retirement System. Motion set for hearing on 5/7/2007 at 10:00 AM before Judge Dean D. Pregerson. Lodged Proposed Order. (gk, ) (Entered: 04/12/2007) |
| 04/10/2007 | 18 | MEMORANDUM of Law in Support of Motion for Appointment as Lead Plaintiff, Approval of Its Selection of Counsel as Lead Counsel, and Consolidation of All Related Actions [17] filed by Movant New York State Teachers' Retirement System. (gk, ) |

| | | |
|---|---|---|
| | | (Entered: 04/12/2007) |
| 04/10/2007 | 19 | DECLARATION of Blair A. Nicholas in Support of Motion for Appointment as Lead Plaintiff, Approval of Its Selection of Counsel as Lead Counsel, and Consolidation of All Related Actions [17] filed by Movant New York State Teachers' Retirement System. (gk, ) (Entered: 04/12/2007) |
| 04/10/2007 | 20 | DECLARATION OF SERVICE filed by Movant New York State Teachers' Retirement System of Motion for Appointment as Lead Plaintiff, Approval of Its Selection of Counsel as Lead Counsel, and Consolidation of All Related Actions [17], Memorandum of Points and Authorities in Support of Motion [18], Declaration of Blair A. Nicholas [19], served on 4/10/2007. (gk, ) (Entered: 04/12/2007) |
| 04/10/2007 | 21 | NOTICE OF MOTION AND MOTION for Appointment as Lead Plaintiff, for Approval of His Selection of Lead Counsel, and for Consolidation filed by Movant Stuart Wollman. Motion set for hearing on 5/7/2007 at 10:00 AM before Judge Dean D. Pregerson. (gk, ) (Entered: 04/12/2007) |
| 04/10/2007 | 22 | MEMORANDUM of Law in Support of the Motion for Appointment as Lead Plaintiff, for Approval of His Selection of Lead Counsel, and for Consolidation [21] filed by Movant Stuart Wollman. (gk, ) (Entered: 04/12/2007) |
| 04/10/2007 | 23 | DECLARATION OF SERVICE filed by Movant Stuart Wollman of Motion for Appointment as Lead Plaintiff, for Approval of His Selection of Lead Counsel, and for Consolidation [21], Memorandum of Law in Support of Motion [22], Declaration of Marisa C. Livesay, and Proposed Order, served on 4/10/2007. (gk, ) (Entered: 04/12/2007) |
| 04/10/2007 | 24 | NOTICE OF MOTION AND MOTION for Consolidation, for Appointment as Lead Plaintiff on Behalf of the Series B Preferred Stock Purchaser Class Under Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 and for Approval of Lead Plaintiff's Selection of Lead Counsel and Liaison Counsel filed by Movant Joe Verne. Motion set for hearing on 5/7/2007 at 10:00 AM before Judge Dean D. Pregerson. Lodged Proposed Order. (gk, ) (Entered: 04/13/2007) |
| 04/10/2007 | 25 | MEMORANDUM of Law in Support of Motion for Consolidation, for Appointment as Lead Plaintiff on Behalf of the Series B Preferred Stock Purchaser Class Under Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 and for Approval of Lead Plaintiff's Selection of Lead Counsel and Liaison Counsel [24] filed by Movant Joe Verne. (gk, ) (Entered: 04/13/2007) |
| 04/10/2007 | 26 | DECLARATION of Douglas Risen in Support of Motion for Consolidation, for Appointment as Lead Plaintiff on Behalf of the Series B Preferred Stock Purchaser Class Under Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 and for Approval of Lead Plaintiff's Selection of Lead Counsel and Liaison Counsel [24] filed by Movant Joe Verne. (gk, ) (Entered: 04/13/2007) |
| 04/10/2007 | 27 | PROOF OF SERVICE filed by Movant Joe Verne of Memorandum of Law in Support of Motion for Consolidation, for Appointment as Lead Plaintiff on Behalf of the Series B Preferred Stock Purchaser Class Under Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 and for Approval of Lead Plaintiff's Selection of Lead Counsel and Liaison Counsel [25], Declaration of Douglas Risen [26], and Proposed Order, served on 4/10/2007. (gk, ) (Entered: 04/13/2007) |
| 04/10/2007 | | FAX number for Attorney Alan Berg is 818-788-8104. (gk, ) (Entered: 04/13/2007) |
| 04/10/2007 | | FAX number for Attorney Douglas M Risen, Sherrie R Savett is 215-875-4604. (gk, ) (Entered: 04/13/2007) |
| | | |

| | | |
|---|---|---|
| 04/10/2007 | 28 | NOTICE OF MOTION AND MOTION to Consolidate Actions, Appoint the New Century Institutional Ivestor Group as Lead Plaintiff Pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 and to Approve Lead Plaintiff's Choice of Counsel filed by Movants Anima S.G.R.p.A and Metzler Asset Management GmbH (collectively, the "New Century Institutional Investor Group"); memorandum of points and authorities in support of motion. Motion set for hearing on 5/21/2007 at 10:00 AM before Judge Dean D. Pregerson. Lodged Proposed Order. (gk, ) (Entered: 04/13/2007) |
| 04/10/2007 | | FAX number for Attorney Stuart L Berman, Darren J Check, Sean M Handler, Richard S Schiffrin, Nicolette Tropiano is 610-667-7056. (gk, ) (Entered: 04/13/2007) |
| 04/10/2007 | | FAX number for Attorney Jay W Eisenhofer is 646-722-8501. (gk, ) (Entered: 04/13/2007) |
| 04/10/2007 | | FAX number for Attorney Naumon A Amjed, Geoffrey C Jarvis, Sharan Nirmul is 302-622-7100. (gk, ) (Entered: 04/13/2007) |
| 04/10/2007 | | FAX number for Attorney Alexander Reus is 305-375-8050. (gk, ) (Entered: 04/13/2007) |
| 04/10/2007 | 29 | DECLARATION of Lisa J. Yang in Support of Motion to Consolidate Actions, Appoint the New Century Institutional Ivestor Group as Lead Plaintiff Pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 and to Approve Lead Plaintiff's Choice of Counsel [28] filed by Movants Anima S.G.R.p.A and Metzler Asset Management GmbH (collectively, the "New Century Institutional Investor Group"). (gk, ) (Entered: 04/13/2007) |
| 04/10/2007 | 30 | NOTICE of Filing of Motion for Appointment of Lead Plaintiff, Lead Counsel and Liaison Counsel by Charles Hooten in Huang v. Cole, et al., SACV 07-0387 JVS filed by Movant Charles Hooten. (gk, ) (Entered: 04/13/2007) |
| 04/10/2007 | 31 | NOTICE OF MOTION AND MOTION for Consolidation, Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Co-Lead Counsel filed by Movants the "Pension Trust Group" Laborers Pension Trust Fund for Northern California, Jack Roth and Paul R. Aronson. Motion set for hearing on 5/7/2007 at 10:00 AM before Judge Dean D. Pregerson. Lodged Proposed Order. (gk, ) (Entered: 04/23/2007) |
| 04/10/2007 | 32 | MEMORANDUM of Points and Authorities in Support of Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Co-Lead Counsel [31] filed by Movants Laborers Pension Trust Fund for Northern California, Jack Roth and Paul R. Aronson. (gk, ) (Entered: 04/23/2007) |
| 04/10/2007 | 33 | DECLARATION of Ramzi Abadou in Support of Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Co-Lead Counsel MOTION for Order for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Co-Lead Counsel [31] filed by Movants Laborers Pension Trust Fund for Northern California, Jack Roth and Paul R. Aronson. (gk, ) (Entered: 04/23/2007) |
| 04/10/2007 | | FAX number for Attorney Ramzi Abadou, John J Rice, Darren J Robbins, Susan G Taylor is 619-231-7423. (gk, ) (Entered: 04/23/2007) |
| 04/10/2007 | | FAX number for Attorney Brian Phillip Murray is 212-682-1892. (gk, ) (Entered: 04/23/2007) |

**PACER Service Center**

| Transaction Receipt | | | |
|---|---|---|---|
| 04/24/2007 10:28:36 | | | |
| **PACER Login:** | bl0040 | **Client Code:** | 1010 |
| **Description:** | Docket Report | **Search Criteria:** | 2:07-cv-00931-DDP-JTL |
| **Billable Pages:** | 8 | **Cost:** | 0.64 |