UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The JAY PETER KAUFMAN REVOCABLE TRUST, On Behalf Of Itself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>NEW CENTURY FINANCIAL CORPORATION, BRAD A. MORRICE, ROBERT K. COLE, MARILYN A. ALEXANDER, HAROLD A. BLACK, FREDRIC J. FORSTER, EDWARD F. GOTSCHALL, DONALD E. LANGE, MICHAEL M. SACHS, RICHARD A. ZONA, PATTI M. DODGE, DAVID EINHORN, BEAR STEARNS & CO., INC., MORGAN STANLEY & CO., INC., STIFEL NICOLAUS & COMPANY, INCORPORATED, and JEFFRIES & COMPANY, INC.,<br><br>Defendants. | Civ. No.: 07-CV-2902 SHS (FM)<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

TO ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Milberg Weiss & Bershad LLP, counsel for The Jay Peter Kaufman Revocable Trust in the above-captioned action, hereby associates the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP as co-counsel for Plaintiff.

616360.1

Dated: May 2, 2007                              Respectfully submitted,

                                              MILBERG WEISS & BERSHAD LLP

                                  By:   /s/ Kent A. Bronson
                                               Peter G.A. Safirstein (PS-6176)
                                               Kent A. Bronson (KB-4906)
                                               Roland W. Riggs (RR-1695)
                                               One Pennsylvania Plaza
                                               New York, NY  10119-0165
                                               Telephone: (212) 594-5300
                                               Facsimile: (212) 868-1229

                                               MILBERG WEISS & BERSHAD LLP
                                               Jeff S. Westerman (not admitted to SDNY)
                                               Elizabeth Lin (not admitted to SDNY)
                                               One California Plaza
                                               300 South Grand Avenue, Suite 3900
                                               Los Angeles, CA 90071
                                               Telephone: (213) 617-1200
                                               Facsimile:  (213) 617-1975

                                               Attorneys for Plaintiff

The law firm of Lieff, Cabraser, Heimann & Bernstein, LLP hereby accepts the above-referenced association.

Dated: May 2, 2007

Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:   /s/ Richard M. Heimann
Richard M. Heimann (not admitted to SDNY)
Joy A. Kruse (not admitted to SDNY)
Bruce W. Leppla (not admitted to SDNY)
Sharon M. Lee (SL-5612)
275 Battery Street, 30th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008