UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The JAY PETER KAUFMAN REVOCABLE TRUST, On Behalf Of Itself And All Others Similarly Situated,<br><br>       Plaintiff,<br><br> -against-<br><br>NEW CENTURY FINANCIAL CORPORATION, BRAD A. MORRICE, ROBERT K. COLE, MARILYN A. ALEXANDER, HAROLD A. BLACK, FREDRIC J. FORSTER, EDWARD F. GOTSCHALL, DONALD E. LANGE, MICHAEL M. SACHS, RICHARD A. ZONA, PATTI M. DODGE, DAVID EINHORN, BEAR STEARNS & CO., INC., MORGAN STANLEY & CO., INC., STIFEL NICOLAUS & COMPANY, INCORPORATED, and JEFFRIES & COMPANY, INC.,<br><br>       Defendants. | Civ. No.: 07-CV-2902 SHS (FM)<br><br>**NOTICE OF ASSOCIATION**<br>**OF COUNSEL** |

TO ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Milberg Weiss & Bershad LLP, counsel for The Jay Peter Kaufman Revocable Trust in the above-captioned action, hereby associates the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP as co-counsel for Plaintiff.

616360.1

-2-

Dated: May 2, 2007                              Respectfully submitted,

                                                MILBERG WEISS & BERSHAD LLP

                                        By:     /s/ Kent A. Bronson
                                                Peter G.A. Safirstein (PS-6176)
                                                Kent A. Bronson (KB-4906)
                                                Roland W. Riggs (RR-1695)
                                                One Pennsylvania Plaza
                                                New York, NY  10119-0165
                                                Telephone: (212) 594-5300
                                                Facsimile: (212) 868-1229

                                                MILBERG WEISS & BERSHAD LLP
                                                Jeff S. Westerman (not admitted to SDNY)
                                                Elizabeth Lin (not admitted to SDNY)
                                                One California Plaza
                                                300 South Grand Avenue, Suite 3900
                                                Los Angeles, CA 90071
                                                Telephone: (213) 617-1200
                                                Facsimile:  (213) 617-1975

                                                Attorneys for Plaintiff

-3-

The law firm of Lieff, Cabraser, Heimann & Bernstein, LLP hereby accepts the above-referenced association.

Dated: May 2, 2007

Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:   /s/ Richard M. Heimann
Richard M. Heimann (not admitted to SDNY)
Joy A. Kruse (not admitted to SDNY)
Bruce W. Leppla (not admitted to SDNY)
Sharon M. Lee (SL-5612)
275 Battery Street, 30th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

# CERTIFICATE OF SERVICE

I, Kent A. Bronson, an associate with the law firm Milberg Weiss & Bershad LLP, hereby certify that I caused a true and correct copy of the NOTICE OF ASSOCIATION OF COUNSEL to be served by regular U.S. Mail to all counsel listed below on this 2nd day of May 2007:

_____
Kent A. Bronson

Blair A. Nicholas
Matthew P. Siben
**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**
12481 High Bluff Drive, Suite 300
San Diego, CA  92130
Telephone:  (858) 793-0070
Facsimile:   (858) 793-0323

Max W. Berger
Gerald H. Silk
Salvatore J. Graziano
Noam Mandel
**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**
1285 Avenue of the Americas
New York, NY  10019
Telephone:  (212) 554-1400
Facsimile:   (212) 554-1444

*Attorneys for Movant New York State Teachers' Retirement System*

Kevin C. Logue (KL-9447)
**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
75 East 55th Street
New York, NY  10022-3205
(212) 318-6000

*Attorneys for Defendants Bear, Stearns & Co., Inc., Morgan Stanley & Co., Inc., Stifel Nicolaus & Company, Incorporated, and Jeffries & Company, Inc.*

Koji F. Fukumura
Philip C. Tencer
William E. Grauer
**COOLEY GODWARD KRONISH LLP**
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

*Attorneys for Defendants Brad A. Morrice, Robert K.Cole, Edward F. Gotschall and Patti M. Dodge, Marilyn Alexander, Harold A. Black, Fredric J. Forster, Donald E. Lange, Michael M. Sachs, Richard A. Zona, and David Einhorn*