Stein, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



The JAY PETER KAUFMAN REVOCABLE
TRUST, On Behalf of Itself and All Others
Similarly Situated,

            Plaintiffs,

    - against -

NEW CENTURY FINANCIAL CORPORATION,
BRAD A. MORRICE, ROBERT K. COLE,
MARILYN A. ALEXANDER, HAROLD A.
BLACK, FREDRIC J. FORSTER, EDWARD F.
GOTSCHALL, DONALD E. LANGE, MICHAEL
M. SACHS, RICHARD A. ZONA, PATTI M.
DODGE, DAVID EINHORN, BEAR, STEARNS
& CO., MORGAN STANLEY & CO., INC.,
STIFEL NICOLAUS & COMPANY,
INCORPORATED, and JEFFRIES & COMPANY,
INC.,

            Defendants.

Case No. 07 CV 2902 SHS (FM)

Class Action

**STIPULATION AND ORDER TRANSFERRING ACTION TO CENTRAL DISTRICT OF CALIFORNIA**

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that this action shall be and hereby is transferred to the United States District Court for the Central District of California for coordination with the related-actions pending in that District.

    IT IS ALSO HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that pursuant to and following said transfer, the defendants herein have no objection to the United States District Court for the Central District California's consideration the Jay Peter Kaufman Revocable Trust's application for the position of Lead Plaintiff in connection with the actions before that Court.

LEGAL_US_W # 56137720.1

Dated: May 2, 2007

MILBERG WEISS & BERSHAD LLP

By: _____
Peter G.A. Safirstein (PS-6176)
Kent A. Bronson (KB-4906)
Roland W. Riggs IV (RR-4577)
One Pennsylvania Plaza
New York, NY 10110-0165
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

Attorneys for Plaintiff Jay Peter Kaufman
Revocable Trust


COOLEY GODWARD KRONISH LLP

By: _____
Shannon S. McKinnon (SM-9377)
1114 Avenue of the Americas
New York, NY 10036-7798
Telephone: (212) 479-6000
Fax: (212) 479-6275

Attorneys for Defendants Brad A. Morrice, Robert
K.Cole, Edward F. Gotschall and Patti M. Dodge,
Marilyn Alexander, Harold A. Black, Fredric J.
Forster, Donald E. Lange, Michael M. Sachs,
Richard A. Zona, and David Einhorn

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Kevin C. Logue (KL-9447)
75 East 55th Street
New York, NY 10022-3205
(212) 318-6000

Attorneys for Defendants Bear, Stearns &
Co.,Inc., Morgan Stanley & Co., Inc., Stifel
Nicolaus & Company, Incorporated, and Jeffries
& Company, Inc.

*5/3/07 This case is hereby transferred to U.S. Dist. Ct. for the Central Dist. of Ca. SO ORDERED 5/3/07*

_____
SIDNEY H. STEIN
U.S.D.J.

LEGAL_US_W # 56137720.1                    -2-