USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The JAY PETER KAUFMAN REVOCABLE
TRUST, On Behalf of Itself and All Others
Similarly Situated,

                    Plaintiffs,

        - against -

NEW CENTURY FINANCIAL CORPORATION,
BRAD A. MORRICE, ROBERT K. COLE,
MARILYN A. ALEXANDER, HAROLD A.
BLACK, FREDRIC J. FORSTER, EDWARD F.
GOTSCHALL, DONALD E. LANGE, MICHAEL
M. SACHS, RICHARD A. ZONA, PATTI M.
DODGE, DAVID EINHORN, BEAR, STEARNS
& CO., MORGAN STANLEY & CO., INC.,
STIFEL NICOLAUS & COMPANY,
INCORPORATED, and JEFFRIES & COMPANY,
INC.,

                    Defendants.

Case No. 07 CV 2902 SHS (FM)

Class Action

**CORRECTED STIPULATION AND
ORDER TRANSFERRING ACTION
TO CENTRAL DISTRICT OF
CALIFORNIA**

        IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

counsel for the parties they represent that this action shall be and hereby is transferred to the

United States District Court for the Central District of California for coordination with the

related-actions pending in that District.

        IT IS ALSO HEREBY STIPULATED AND AGREED by and between the

undersigned counsel for the parties they represent that pursuant to and following said transfer,

the defendants represented by undersigned counsel have no objection to the United States

District Court for the Central District California's consideration the Jay Peter Kaufman

Revocable Trust's application for the position of Lead Plaintiff in connection with the actions

before that Court.

LEGAL_US_W # 56111446.1

Dated: ~~April~~ May 4, 2007

MILBERG WEISS & BERSHAD LLP

By: _____

Peter G.A. Safirstein (PS-6176)
Kent A. Bronson
Roland W. Riggs IV
One Pennsylvania Plaza
New York, NY 10110-0165
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

Attorneys for Plaintiff Jay Peter Kaufman
Revocable Trust


COOLEY GODWARD KRONISH LLP

By: _____

Shannon S. McKinnon (SM-9377)
1114 Avenue of the Americas
New York, NY 10036-7798
Telephone: (212) 479-6000
Fax: (212) 479-6275

Attorneys for Defendants Brad A. Morrice, Robert
K. Cole, Edward F. Gotschall and Patti M. Dodge

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____

Kevin C. Logue (KL-9447)
75 East 55th Street
New York, NY 10022-3205
(212) 318-6000

Attorneys for Defendants Bear, Stearns & Co.,
Inc., Morgan Stanley & Co., Inc., Stifel Nicolaus
& Company, Incorporated, and Jeffries &
Company, Inc.

Dated: ~~April~~ May 4, 2007

MILBERG WEISS & BERSHAD LLP

By: _____
Peter G.A. Safirstein (PS-6176)
Kent A. Bronson
Roland W. Riggs IV
One Pennsylvania Plaza
New York, NY 10110-0165
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

Attorneys for Plaintiff Jay Peter Kaufman
Revocable Trust


COOLEY GODWARD KRONISH LLP

By: _____
Shannon S. McKinnon (SM-9377)
1114 Avenue of the Americas
New York, NY 10036-7798
Telephone: (212) 479-6000
Fax: (212) 479-6275

Attorneys for Defendants Brad A. Morrice, Robert
K. Cole, Edward F. Gotschall and Patti M. Dodge

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Kevin C. Logue (KL-9447)
75 East 55th Street
New York, NY 10022-3205
(212) 318-6000

Attorneys for Defendants Bear, Stearns & Co.,
Inc., Morgan Stanley & Co., Inc., Stifel Nicolaus
& Company, Incorporated, and Jeffries &
Company, Inc.

LEGAL_US_W # 56111446.1                    -2-

SO ORDERED 5/4/07

_____
SIDNEY H. STEIN
U.S.D.J.